APRIL 22, 1974

No. 73–6355.  KLEIN *v.* MAYO ET AL.  Affirmed on appeal from D. C. Mass.

No. 73–6346.  TOLAND *v.* NEW JERSEY.  Appeal from Super. Ct. N. J. dismissed for want of substantial federal question.

No. 73–1217.  CHICAGO, ROCK ISLAND & PACIFIC RAILROAD CO. ET AL. *v.* NUECES COUNTY NAVIGATION DISTRICT ET AL.  Appeal from D. C. N. D. Tex.  Judgment vacated and case remanded with directions to dismiss case as moot.

No. ———.  ELLIS *v.* HARADA ET AL.  Motion of petitioner for leave to dispense with printing petition denied.

No. ———.  PITT RIVER TRIBE *v.* UNITED STATES.  Ct. Cl.  Motion of petitioner to waive type-size requirement of Rule 39 of the Rules of this Court denied.

No. 73–556.  FLORIDA POWER & LIGHT CO. *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 641 ET AL.; and

No. 73–795.  NATIONAL LABOR RELATIONS BOARD *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, ET AL.  C. A. D. C. Cir.  [Certiorari granted, 414 U. S. 1156.]  Motion of United States Chamber of Commerce for leave to file a brief as *amicus curiae* denied.